```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
ALICIA JIMENEZ, et al.,                                              :
                                                                     :
                              Plaintiffs,                            :
                                                                     :    21-cv-6785 (LJL)
             -v-                                                     :
                                                                     :    ORDER
EL CHEVERE CUCHIFRITOS, et al.,                                      :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

     As proposed in the parties' joint letter at Dkt. No. 22 and adopted in the conference on April 27, 2022, the parties' joint pretrial order was due by June 15, 2022. No joint pretrial order has been filed, and the parties are now in default. The parties are directed to inform the Court by letter by July 28, 2022 if they have resolved the matter. If the parties have not resolved the matter, they are directed to submit the joint pretrial order by August 5, 2022.

     SO ORDERED.

Dated: July 20, 2022
      New York, New York
                                                     LEWIS J. LIMAN
                                        United States District Judge