```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JIMENEZ et al,                                                   :
                                                                 :
                               Plaintiffs,                       :
                                                                 :         21-cv-06785 (LJL)
            -v-                                                  :
                                                                 :              ORDER
EL CHEVERE CUCHIFRITOS, CORP. et al,                             :
                                                                 :
                               Defendants.                       :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court received a request from counsel for Defendants, requesting a two-week adjournment of the final pre-trial conference scheduled for September 14, 2022 at 12:00PM. The Court intends to proceed with the conference scheduled for September 14, 2022 as a status conference. As discussed at the conference held on August 4, 2022, that status conference will take place telephonically for the convenience of the parties. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The parties should be prepared to discuss the possibility of settlement and trial at the September 14 conference.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 29.

SO ORDERED.

Dated: September 6, 2022
       New York, New York                      _____
                                                       LEWIS J. LIMAN
                                                United States District Judge