**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALICIA JIMENEZ, MAGALI HERNANDEZ DOMINGUEZ, JUDITH TEPEC SUAREZ, VALERIA PINEDA, IGNACIO JIMENEZ MOZO, ELIANA BLANCO, and RAQUEL PEREZ CHAVEZ, individually and on behalf of all others similarly situated,

                          Plaintiffs,

– against –

EL CHEVERE CUCHIFRITOS, CORP., and JUAN ARMANDO TESTA, as an individual,

                          Defendants.

No. **1:21-CV-6785 (LJL)**

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a)**

---

TO:   Stephen D. Hans, Esq.
       **Stephen D. Hans & Associates, P.C.**
       30-30 Northern Boulevard, Suite 401
       Long Island City, New York 11101
       shans@hansassociates.com
       *Attorneys for Defendants*

PLEASE TAKE NOTICE that pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Alicia Jimenez, Magali Hernandez Diminiguez, Judith Tepec Suarez, Valeria Pineda, Ignacio Jimenez Mozo, Eliana Blanco, and Raquel Perez Chavez ("Plaintiffs") accept the Offer of Judgment served on them by Defendants El Chevere Cuchifritos Corp. and Juan Armando Testa, jointly and severally (collectively "Defendants") on October 12, 2022 (attached hereto as **Exhibit A**), allowing Plaintiff to take judgment against Defendants in the amount of Five Hundred Thousand Dollars and Zero Cents ($500,000.00), to fully and finally resolve all claims asserted by the Plaintiffs against Defendants in this action, inclusive of attorneys' fees, litigation expenses and costs of suit incurred by Plaintiffs.

Dated: New York, New York
      October 13, 2022

                                **Helen F. Dalton & Associates, PC**

By: */s/Roman Avshalumov, Esq.*
      Roman Avshalumov, Esq.
      80-02 Kew Gardens Road,
      Suite 601
      Kew Gardens, NY 11415
      avshalumovr@yahoo.com
      *Attorneys for Plaintiffs*

## **AFFIRMATION OF SERVICE**

I, Roman Avshalumov, Esq., declare that on October 13, 2022, I served a copy of the attached NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a) upon all other parties in this case by electronic mail to the following person:

Stephen D. Hans, Esq.
**Stephen D. Hans & Associates, P.C.**
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
nshillito@hansassociates.com
*Attorneys for Defendants*

          **Helen F. Dalton & Associates, P.C.**

By: */s/ Roman Avshalumov, Esq.*
     Roman Avshalumov, Esq.
     80-02 Kew Gardens Road, Suite 601
     Kew Gardens, NY 11415
     avshalumovr@yahoo.com
     *Attorneys for Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

ALICIA JIMENEZ, MAGALI HERNANDEZ DOMINGUEZ, JUDITH TEPEC SUAREZ, VALERIA PINEDA, IGNACIO JIMENEZ MOZO, ELIANA BLANCO, and RAQUEL PEREZ CHAVEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

– against –

EL CHEVERE CUCHIFRITOS, CORP., and JUAN ARMANDO TESTA, as an individual,

Defendants.

Case No.: 21-cv-06785 (LJL)

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants Juan Armando Testa and El Chevere Cuchifritos, Corp. (collectively, the "Defendants") hereby offer to allow judgment to be entered in favor of plaintiff Alicia Jimenez, Magali Hernandez Dominguez, Judith Tepec Suarez, Valeria Pineda, Ignacio Jimenez Mozo, Eliana Blanco, and Raquel Perez Chavez ("Plaintiffs") and against the Defendants jointly and severally in the amount of Five Hundred Thousand Dollars ($500,000.00), on the following terms:

1. This Offer of Judgment is inclusive of all damages and relief sought by the Plaintiff in this action, including but not limited to Plaintiff's claims for allegedly unpaid wages, minimum wages, overtime compensation, spread-of-hours compensation, liquidated damages, statutory damages and/or penalties, pre-judgment interest, and post-judgment interest, and is also inclusive of all attorneys' fees, litigation expenses and costs of suit incurred by the Plaintiff to date in this action.

2. This Offer of Judgment is made by the Defendants to fully and finally resolve all claims asserted by the Plaintiff against the Defendants in this action, including: (i) claims pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, as amended, for allegedly unpaid wages, minimum wages, overtime compensation, liquidated damages, statutory damages and/or penalties pre-judgment interest, attorneys' fees and costs; (ii) claims pursuant to the New York Labor Law, and related regulations promulgated by the NYS Commissioner of Labor, including the NYS Wage Theft Prevention Act, for allegedly unpaid wages, minimum wages, overtime compensation, spread-of-hours compensation, liquidated damages, statutory damages and/or penalties, pre-judgment interest, attorneys' fees and costs; and (iii) claims for declaratory and/or injunctive relief relating to the alleged violations of the Fair Labor Standards Act and New York Labor Law. Should Plaintiffs accept this Offer of Judgment, the judgment entered thereon shall be in full satisfaction of all such claims and any and all related relief, and Plaintiff's acceptance of this Offer of Judgment shall have the effect of immediately releasing and forever discharging Defendants from all such claims asserted in this matter.

3. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and shall not constitute, operate, nor be construed as an admission of any kind by the Defendants that they have violated any federal, state or local statute, regulation, or common law, nor that Defendants are liable to the Plaintiffs or to any other individuals with respect to any of the claims asserted by the Plaintiffs in this action.

4. If not accepted, this Offer of Judgment expires on the fifteenth (15th) day after receipt by Plaintiffs' counsel. Any acceptance of this Offer of Judgment must be in writing. If not timely accepted, any evidence of this Offer of Judgment shall be inadmissible, except in connection with any motion or proceeding to attempt to recover costs or attorneys' fees in this action.

5. The terms of this Offer of Judgment are not subject to modification, amendment or

revision, and Plaintiffs must either accept or reject this Offer of Judgment on the terms explicitly set forth herein.

Dated: Long Island City, New York
      October 12, 2022

                                      STEPHEN D. HANS & ASSOCIATES, P.C.

                                      By: _____
                                          Stephen D. Hans, Esq.
                                          30-30 Northern Boulevard, Suite 401
                                          Long Island City, New York 11101
                                          Tel: 718.275.6700
                                          *Attorneys for the Defendants*

To:    Helen F. Dalton & Associates, P.C.
         80-02 Kew Gardens Road, Suite
         601 Kew Gardens, NY 11415
         *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney, a member of the Bar of this Court, hereby certifies that on July 13, 2022, I served a true and correct copy of the foregoing OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 upon:

> HELEN F. DALTON & ASSOCIATES, P.C.
> 80-02 Kew Gardens Road, Suite 601
> Kew Gardens, NY 11415
> *Attorneys for the Plaintiffs*

by electronic mail (avshalumovr@yahoo.com and jamespodonneil36@gmail.com)

STEPHEN D. HANS & ASSOCIATES, P.C.

By: _____
Stephen D. Hans, Esq.
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
*Attorneys for the Defendants*