UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ALICIA JIMENEZ, MAGALI HERNANDEZ DOMINGUEZ, JUDITH TEPEC SUAREZ, VALERIA PINEDA, IGNACIO JIMENEZ MOZO, ELIANA BLANCO, and RAQUEL PEREZ CHAVEZ, individually and on behalf of all others similarly situated,

           Plaintiffs,

– against –

EL CHEVERE CUCHIFRITOS, CORP., and JUAN ARMANDO TESTA, as an individual,

           Defendants.
-------------------------------------------------------------------------X

Civil Docket No.:
21-CV-6785
(LJL)

**JUDGMENT**

    **WHEREAS**, ALICIA JIMENEZ, MAGALI HERNANDEZ DOMINGUEZ, JUDITH TEPEC SUAREZ, VALERIA PINEDA, IGNACIO JIMENEZ MOZO, ELIANA BLANCO, and RAQUEL PEREZ CHAVEZ, individually and on behalf of all others similarly situated ("Plaintiffs") commenced this collective action against EL CHEVERE CUCHIFRITOS, CORP., and JUAN ARMANDO TESTA, as an individual ("Defendants") on August 12, 2021; and

    **WHEREAS**, the Defendants, by and through their counsel, served an Offer Of Judgment dated October 12, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") for the sum of Five Hundred Thousand Dollars ($500,000.00), including reasonable attorneys' fees, expenses, and costs to the date of this offer to which Plaintiffs may be entitled, for the claims alleged in this action;

    **WHEREAS**, on October 13, 2022, Plaintiffs filed their Notice Of Acceptance Of Offer Of Judgment Pursuant To Fed. R. Civ. P. 68, accepting Defendants' Offer Of Judgment dated October 12, 2022, and allowing Plaintiffs to take Judgment against the Defendants, jointly and

severally, in the amount of Five Hundred Thousand Dollars ($500,000.00), including reasonable attorneys' fees, expenses, and costs to the date of this offer to which Plaintiffs may be entitled, for the claims alleged in this action;

Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs ALICIA JIMENEZ, MAGALI HERNANDEZ DOMINGUEZ, JUDITH TEPEC SUAREZ, VALERIA PINEDA, IGNACIO JIMENEZ MOZO, ELIANA BLANCO, and RAQUEL PEREZ CHAVEZ, have judgment against FIVE EL CHEVERE CUCHIFRITOS, CORP., and JUAN ARMANDO TESTA, as an individual, jointly and severally, in the amount of Five Hundred Thousand Dollars **($500,000.00**) plus statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until judgment is paid in full.

Dated:     New York, New York

    ____October 14, 2022_____

    _____
    United States District Judge Lewis J. Liman